```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/14/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
IVAN HERRERA MENDEZ and VALENTIN
VIVAR, *on behalf of themselves, FLSA Collective
Plaintiffs and the Class*,

                       Plaintiffs,

-against-

976 MADISON RESTAURANT LLC ET AL.,

                       Defendants.

976 MADISON RESTAURANT LLC,

                       Third-Party Plaintiff,

-against-

VALIANT SOLUTIONS, INC. ET AL.,

                       Third-Party Defendants.
------------------------------------------------------------------- x

20-CV-5273 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    No later than **January 18, 2022,** Third-Party Defendants Valiant Solutions, Inc., Valiant Payroll Systems, and Paypro Corporation shall inform the Court whether they intend to file renewed motions to dismiss in light of Third-Party Plaintiff 976 Madison Restaurant LLC's amended third-party complaint.

**SO ORDERED.**

Dated:    January 14, 2022
            New York, New York

                                                      _____
                                                    **HON. ANDREW L. CARTER, JR.**
                                                    **United States District Judge**