```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: ___1/18/2022_____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------ x
**IVAN HERRERA MENDEZ and VALENTIN VIVAR,** *on behalf of themselves, FLSA Collective Plaintiffs and the Class*,

                              Plaintiffs,

    -against-

**976 MADISON RESTAURANT LLC ET AL.,**

                              Defendants.

**976 MADISON RESTAURANT LLC,**

                          Third-Party Plaintiff,

    -against-

**VALIANT SOLUTIONS, INC. ET AL.,**

                          Third-Party Defendants.
------------------------------------------------------------------ x

**20-CV-5273 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

    The Court is in receipt of the Third-Party Defendants' submissions regarding Third-Party Plaintiff 976 Madison Restaurant LLC's amended third-party complaint. In light of the amended third-party complaint, the Court denies the Third-Party Defendants' motions to dismiss as moot. The Third-Party Defendants are granted leave to renew their motions to dismiss according to the following schedule:

    **Motions to Dismiss due February 8, 2022**

    **Opposition due March 1, 2022**

    **Replies due March 15, 2022**

    The Clerk of Court is respectfully directed to terminate ECF Nos. 85 and 89.

**SO ORDERED.**

**Dated:**   **January 18, 2022**
            **New York, New York**

_____
**HON. ANDREW L. CARTER, JR.**
**United States District Judge**