UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IVAN HERRERA MENDEZ and VALENTIN VIVAR, on behalf of themselves, FLSA Collective Plaintiffs and the Class,

          Plaintiffs,

-v-

976 MADISON RESTAURANT LLC d/b/a KAPPO MASA, TAKAYAMA MANAGEMENT LLC d/b/a BAR MASA, TAKAYAMA, INC. d/b/a MASA, and MASAYOSHI TAKAYAMA,

          Defendants.

CIVIL ACTION NO.: 20 Civ. 5273 (ALC) (SLC)

**AMENDED CASE MANAGEMENT PLAN**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties' request (ECF No. 130) for an extension of certain deadlines set forth in initial case management plan (ECF No. 125 (the "ICMP")) is GRANTED, and the Court orders as follows:

1. By **May 19, 2023**, the parties shall file a joint letter advising the Court of the status of discovery.

2. The telephone status conference scheduled April 24, 2023 is ADJOURNED to **Tuesday, May 30, 2023 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

3. The briefing schedule for Plaintiffs' motion for collective action certification (the "Motion") is amended as follows:

    a. By **June 1, 2023**, Plaintiffs shall file the Motion.

    b. By **June 15, 2023**, Defendants shall file their opposition to the Motion.

    c. By **June 22, 2023**, Plaintiffs shall file their reply, in any.

4. All other terms of the ICMP remain in effect.

The Clerk of Court is respectfully directed to close ECF No. 130.

Dated: New York, New York
April 13, 2023

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2