UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN HERRERA MENDEZ and VALENTIN VIVAR, on behalf of themselves, FLSA Collective Plaintiffs and the Class,<br><br>                           Plaintiffs,<br><br>-v-<br><br>976 MADISON RESTAURANT LLC d/b/a KAPPO MASA, TAKAYAMA MANAGEMENT LLC d/b/a BAR MASA, TAKAYAMA, INC. d/b/a MASA, and MASAYOSHI TAKAYAMA,<br><br>                           Defendants. | CIVIL ACTION NO.: 20 Civ. 5273 (ALC) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

In light of the accepted offer of judgment (ECF Nos. 134–35), the telephonic status conference scheduled for May 30, 2023 is CANCELLED.

The Clerk of Court is respectfully directed to terminate the conference scheduled for May 30, 2023.

Dated:    New York, New York
             May 26, 2023

                                          SO ORDERED.

                                          _/s/ Sarah L. Cave_
                                          **SARAH L. CAVE**
                                          **United States Magistrate Judge**