UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IVAN HERRERA MENDEZ and VALENTIN VIVAR, *on behalf of themself, FLSA Collective Plaintiffs and the Class*,<br><br>Plaintiffs,<br><br>v.<br><br>976 MADISON RESTAURANT LLC<br>    d/b/a KAPPO MASA,<br>TAKAYAMA MANAGEMENT LLC<br>    d/b/a BAR MASA,<br>TAKAYAMA, INC.<br>    d/b/a MASA, and<br>MASAYOSHI TAKAYAMA<br>    Defendants. | No. 20-cv-05273<br><br>**SATISFACTION OF JUDGMENT** |

WHEREAS, a judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure was entered in the above action on the 30th day of May, 2023 in favor of IVAN HERRERA MENDEZ and VALENTIN VIVAR and against 976 MADISON RESTAURANT LLC, TAKAYAMA MANAGEMENT LLC, TAKAYAMA, INC., and MASAYOSHI TAKAYAMA in the amount of $14,000.00, inclusive of all damages, liquidated damages, statutory damages, penalties, compensatory damages, punitive damages, monetary damages, losses, interest, costs, and attorney's fees, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Courts is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: July 3, 2023                     Respectfully submitted,

                                        _____
                                        C.K. Lee, Esq.
                                        Lee Litigation Group, PLLC
                                        148 W. 24th Street 8th Floor
                                        New York, NY 10011

STATE OF NEW YORK        )
                         )  ss.:
COUNTY OF NEW YORK       )

On the 3rd day of July, 2023, before me personally came C.K. Lee, to me known and known to be a member of the firm of Lee Litigation Group, PLLC, attorneys for Plaintiff in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

Anne Seelig-Suhrcke
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02SE6113610
Qualified in Queens County
Commission Expires 8/02/2024