**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/19/23__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
IVAN HERRERA MENDEZ and VALENTIN VIVAR, *on behalf of themselves, FLSA Collective Plaintiffs and the Class,*

                          Plaintiffs,

              v.

976 MADISON RESTAURANT LLC d/b/a KAPPO MASA, TAKAYAMA MANAGEMENT LLC d/b/a BAR MASA, TAKAYAMA, INC. d/b/a MASA, ARTBLOCK LLC d/b/a KAPPO MASA, MASAYOSHI TAKAYAMA, and LAWRENCE GAGOSIAN,

                          Defendants,
------------------------------------------------------------------X
976 MADISON RESTAURANT LLC,

                  Defendant/Third-Party Plaintiff,

            v.

VALIANT SOLUTIONS, INC., VALIANT PAYROLL SERVICES, INC., and PAYPRO CORPORATION,

                Third-Party Defendants.
------------------------------------------------------------------X

Case No. 20-cv-05273(ALC)

**STIPULATION DISMISSING THIRD-PARTY COMPLAINT WITH PREJUDICE AS AGAINST VALIANT DEFENDANTS**

WHEREAS, by Decision and Order, dated September 30, 2022 (ECF No. 111), the Court granted the motions of Third-Party Defendants to dismiss the Amended Third-Party Complaint of Defendant/Third-Party Plaintiff 976 Madison Restaurant, LLC ("976 Madison");

WHEREAS, on October 28, 2022, 976 Madison filed an interlocutory Notice of Appeal (ECF No. 115) of the Opinion and Order, dated September 30, 2022, Dismissing the Third-Party Complaint, which 976 Madison subsequently withdrew without prejudice;

WHEREAS, 976 Madison thereafter expressed its intention to renew the appeal once a final judgment has been entered in the underlying action;

146645083.1

WHEREAS, a final judgment was entered in the underlying action on May 30, 2023; and

WHEREAS, 976 Madison has agreed not to pursue an appeal from the Opinion and Order Dismissing the Third-Party Complaint as against Valiant Solutions, Inc. and Valiant Payroll, Inc. ("Valiant");

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for 976 Madison and Valiant, that the Amended Third-Party Complaint in the above captioned action be, and hereby is, dismissed with prejudice as against Valiant, with each party to bear its own costs and attorney's fees; and it is further

STIPULATED AND AGREED, that 976 Madison waives with prejudice any right to appeal the dismissal of the Third-Party Complaint.

Dated: August 3, 2023
       Uniondale, New York

| FOX ROTHSCHILD LLP | FORCHELLI DEEGAN TERRANA LLP |
|---|---|
| By: _____ | By: _____ |
| Ernest Edward Badway, Esq.<br>Carolyn D. Richmond, Esq.<br>Alexander W. Bogdan, Esq.<br>Attorneys for Defendants/Third-Party Plaintiff<br>101 Park Avenue, Suite 1700<br>New York, New York 10178<br>Phone: (212)878-7900<br><br>Email: ABogdan@foxrothschild.com | Russell G. Tisman, Esq.<br>Lisa M. Casa, Esq.<br>*Attorneys for Third-Party Defendants Valiant Solutions, Inc. and Valiant Payroll Services, Inc.*<br>333 Earle Ovington Blvd., Suite 1010<br>Uniondale, New York 11553<br>Phone: (516) 248-1700<br>Email: rtisman@forchellilaw.com<br>      lcasa@Forchellilaw.com |

| | |
|---|---|
| LEE LITIGATION GROUP, PLLC | MILBER MAKRIS PLOUSADIS & SEIDEN, LLP |
| By: _____<br>C.K. Lee, Esq.<br>*Attorneys for Plaintiffs*<br><br>148 West 24th Street, Eighth Floor<br>New York, New York 10011<br>Phone: (212) 465-1180<br><br>Email: cklee@leelitigation.com | By:_____<br>Lorin A. Donnelly, Esq.<br>*Attorneys for Third-Party Defendant*<br>*Paypro Corporation*<br>1000 Woodbury Road, Suite 401<br>Woodbury, New York 11797<br>Phone: (516) 712-4000<br><br>Email: ldonnelly@milbermakris.com |

| | |
|---|---|
| LEE LITIGATION GROUP, PLLC | MILBER MAKRIS PLOUSADIS & SEIDEN, LLP |
| By:_____<br>C.K. Lee, Esq.<br>*Attorneys for Plaintiffs* | By: /s/ Lorin A. Donnelly<br>Lorin A. Donnelly, Esq.<br>*Attorneys for Third-Party Defendant Paypro Corporation* |
| 148 West 24th Street, Eighth Floor<br>New York, New York 10011<br>Phone: (212) 465-1180 | 1000 Woodbury Road, Suite 401<br>Woodbury, New York 11797<br>Phone: (516) 712-4000 |
| Email: cklee@leelitigation.com | Email: ldonnelly@milbermakris.com |

SO ORDERED:

/s/ Andrew L. Carter, Jr.
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: October 19, 2023

3